THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BERNICE A PALM,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W COLVIN,<br><br>　　　　　Defendant. | CASE NO. C13-2017-JCC<br><br>ORDER |

　　　The Court having considered the Magistrate Judge Brian Tsuchida's Report and Recommendation, the parties' pleadings and the balance of the record ORDERS:

　　　(1) The Report and Recommendation is adopted;

　　　(2) The Commissioner's final decision is AFFIRMED and the case is DISMISSED with prejudice.

//

//

//

//

1     DATED this 18th day of August 2014.

                                                                              John C. Coughenour
                                                                              UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2